**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHRISTOPHER MILLER,
ADC #109083**                                                                                          **PLAINTIFF**

**V.**                               **CASE NO. 3:19-CV-260-KGB-BD**

**SUSAN DUFFEL[1]**                                                                                     **DEFENDANT**

## ORDER

Defendant Duffel has moved for summary judgment on all claims raised against her in this lawsuit. (Doc. No. 25) Mr. Miller may file a response opposing the motion within 14 days of this Order.

In opposing the motion for summary judgment, Mr. Miller may attach affidavits that he or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

If Mr. Miller files a response, he must also file a separate, short statement setting forth the disputed facts that he believes must be decided at a trial. See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas.

---

[1] The Clerk is instructed to update the docket sheet to reflect Defendant Duffel's name change.

While Mr. Miller is not required to respond to Defendant Duffel's motion, if he does not respond, the Court may deem as true the facts set out in the Defendant Duffel's statement of undisputed facts (Doc. No. 26).

IT IS SO ORDERED this 19th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE