**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHRISTOPHER MILLER**                                                  **PLAINTIFF**

**v.**                                    **Case No**. **3:19-cv-00260-KGB-BD**

**SUSAN DUFFEL, Registered Nurse,**                            **DEFENDANT**
**Poinsett County Detention Center**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 29).  Plaintiff Christopher Miller has not filed objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  The Court grants defendant Susan Duffel's motion for summary judgment (Dkt. No. 25).  The Court dismisses Mr. Miller's claims with prejudice; the relief requested is denied (Dkt. Nos. 2; 5).

It is so ordered this the 12th day of February, 2021.

_____
Kristine G. Baker
United States District Judge