**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHRISTOPHER MILLER**                                                        **PLAINTIFF**

**v.**                                    **Case No**. **3:19-cv-00260-KGB-BD**

**SUSAN DUFFEL, Registered Nurse,**                        **DEFENDANT**
**Poinsett County Detention Center**

### JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Christopher Miller's complaint is dismissed with prejudice.  The relief requested is denied.

So adjudged this the 12th day of February, 2021.

Kristine G. Baker
United States District Judge